## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KEVLEENA SHENESE WEBB ) | Case No. 20-30776-KRH |
| ) | Chapter 13 |
| Debtor ) | |

### ORDER GRANTING MOTION TO IMPOSE THE AUTOMATIC STAY

THIS MATTER came upon the Motion to Impose the Automatic Stay (the "Motion") and the Memorandum in Support filed herein by the Debtor; and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Debtor filed this bankruptcy case on February 14, 2020 (the "instant case"), and an Order for Relief was entered; and it

FURTHER APPEARING that the Debtor had two (2) prior Chapter 13 Bankruptcy cases pending within one (1) year prior to the filing of this case, which prior cases were dismissed; and it

FURTHER APPEARING that the Motion and a Notice of Hearing has been properly served upon all creditors and parties in interest; and it

FURTHER APPEARING that the filing of the instant case was in good faith as to all creditors; it is, accordingly,

James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
Counsel for Debtor

**ADJUDGED, ORDERED and DECREED** that the automatic stay of 11 U.S.C. § 362(a) shall is hereby imposed and extended without condition as to Debtor, her property, all creditors, and property of the bankruptcy estate throughout the pendency of this case.

Date: Mar 9 2020

/s/ Kevin R Huennekens
U.S. Bankruptcy Judge

Entered on Docket: Mar 10 2020

I ask for this:

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
Counsel for Debtor

**CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ James E. Kane
Counsel for Debtor

2

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Suzanne E. Wade, Esquire
Chapter 13 Trustee
7202 Glen Forest Drive
Suite 202
Richmond, VA 23226

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, Virginia 23219