IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KEVLEENA SHENESE WEBB ) | Case No. 20-30776-KRH |
| ) | Chapter 13 |
| Debtor ) | |
| ) | |
| AFRIKKA ENNIS, ET AL. ) | |
| ) | |
| Movants. ) | |
| ) | |
| v. ) | |
| ) | |
| KEVLEENA SHENESE WEBB ) | |
| ) | |
| Respondent. ) | |

## ORDER MODIFYING AUTOMATIC STAY

THIS MATTER came to be heard on March 18, 2020 upon the Motion for Relief the Automatic Stay (the "Motion") by Afrikka Ennis and LaVaniel Ennis, Jr. ("Movants"), and was argued by the Movants and Counsel for the Debtor; and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the that the Motion should be granted, in part,; it is, accordingly,

**ADJUDGED, ORDERED and DECREED** that automatic stay is hereby modified to provide that all funds being held in the garnishment case of Afrikka Ennis v. Kevleena Webb, Case No. GV18024042-02 pending in the Chesterfield County General District Court shall be remitted to the Chapter 13 Trustee in this case; and it is

James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

FURTHER ORDERED that the Chapter 13 Trustee shall retain such funds until such time as the Chapter 13 Plan is confirmed, at which time the funds shall be remitted to the Debtor; and it is

FURTHER ORDERED that in the event an order is entered denying confirmation of the Debtor's Chapter 13 Plan, the Trustee shall remit the funds to the Movants; and it is

FURTHER ORDERED that, subject to the foregoing terms, the automatic stay of 11 U.S.C. § 362(a) shall remain in full force and effect without condition as to Debtor, her property, all creditors, and property of the bankruptcy estate throughout the pendency of this case.

Date: Mar 30 2020

/s/ Kevin R Huennekens
U.S. Bankruptcy Judge

Entered on Docket: Mar 31 2020

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

SEEN:

/s/ Suzanne E. Wade
Suzanne E. Wade, Chapter 13 Trustee
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226
(804) 775-0979

## CERTIFICATION

      Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ James E. Kane
Counsel for Debtor

3

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Suzanne E. Wade, Esquire
Chapter 13 Trustee
7202 Glen Forest Drive
Suite 202
Richmond, VA 23226

Afrikka Ennis
LaVaniel Ennis, Jr.
8218 Tatterton Trail
Richmond, VA  23237