**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE: )
)
KEVLEENA SHENESE WEBB )    Case No. 20−30776−KRH
)    Chapter 13
Debtor )

## DEBTOR'S LIST OF WITNESSES

COMES NOW, the Debtor, Kevleena Shenese Webb, by counsel, and files this List of

Witnesses that may be called to testify in connection with the Objection to Confirmation of Plan

in this case:

1.    Kevleena Shenese Webb

Debtor reserves the right to:

A.    Call any witness identified by or called by the Ennis' at trial.

B.    To call rebuttal witnesses.

C.    To amend this List of Witnesses as circumstances dictate.

Respectfully submitted,

KEVLEENA SHENESE WEBB
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to all parties registered to receive notice thereof, and I mailed a copy by first class mail,

postage pre-paid to:

Afrikka L. Ennis
LaVaniel Ennis, Jr.
8218 Tattertron Trail
North Chesterfield, VA  23237

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com